# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1220

_____

THE QUEENFERRY1 BENEFICIERY
FLORIDA LAND TRUST DATED
2/7/2017, WITH VPROVISIONS
LLC AS TRUSTEE; THE
QUEENFERRY2 BENEFICIERY
FLORIDA LAND TRUST DATED
2/7/2017, WITH VPROVISION LLC
AS TRUSTEE; VPROVISIONS LLC,
AS TRUSTEE OF THE DISSOLVED
TRUST CALLED THE 38010
QUEENSFERRY LN. LAND TRUST
DATED 2/7/2017,

    Appellants,

    v.

BANK OF AMERICA, N.A.; JESSIE
LEE JOHNSON; et al.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
A. C. Soud, Jr., Judge.

May 3, 2019


PER CURIAM.

DISMISSED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Rafael F. Garcia, Orlando, for Appellants.

Joseph B. Towne of Lender Legal Services, LLC, Orlando; Margaret E. Kozan, Winter Park, for Appellees.